IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL NIETO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CITY OF BERWYN, | ) |
| a municipal corporation. | ) |
| OFFICER GIUSEPPE CANCIARI, | ) |
| a Berwyn Police Officer, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

The Plaintiff, DANIEL NIETO, by and through his attorneys of DVORAK

LAW OFFICES, LLC, hereby complains against the CITY OF BERWYN and

OFFICER CANCIARI, stating the following:

## Jurisdiction and Venue:

1. The incident stems from events that took place on or about February 23, 2020

   in the City of Berwyn, in the County of Cook, in the Northern District of

   Illinois.

2. The jurisdiction of this court is invoked pursuant to the Civil Rights Act,

   U.S.C. 42 U.S.C. § 1983, § 1988 and 28 U.S.C. § 1331 and § 1343(a); the

   Constitution of the United States pendant jurisdiction as provided under 28

   U.S.C. § 1367(a).

3. Venue is proper under 28 U.S.C. § 1391(b)(2) as all parties resigned in this judicial district and all underlying events pertaining to the claims occurred within the district.

### Parties:

4. Plaintiff resides within the Northern District of Illinois.

5. Defendant Canciari is a sworn officer of the Berwyn Police Department.

6. At all times relevant to this Complaint, he was acting within the course and scope of his duties as an agent or employee of the City of Berwyn, and under color of law as a police officer.

### Facts:

7. On or about the evening of February 23, 2020 the Plaintiff was arrested at a bar in Berwyn, Illinois.

8. The arresting officers drove the Plaintiff a short distance to the police station.

9. At the police station, Defendant Canciari, acting unreasonably and without lawful justification, slammed the Plaintiff to the ground in a "take-down," which caused injuries, including fractures to the Plaintiff's facial bones, nose, and jaw.

10. Defendant Canciari, acting maliciously and without lawful justification, then caused the Plaintiff to be charged with misdemeanor battery, despite the fact that there was no probable cause, since the Plaintiff had committed no such crime.

11. The charges against the Plaintiff were resolved in a manner consistent with his innocence when the Plaintiff when he was acquitted in a jury trial on or about July 21, 2021.

12. As a result of the Canciari's conduct, the Plaintiff experienced physical and emotional injuries, including but not limited to humiliation, fear, anxiety, depression, physical pain, impaired breathing, impaired eating, loss of weight, as well as pecuniary damages including but not limited to medical bills and legal fees.

**Count I: § 1983 Excessive Force**
**(Plaintiff v. Canciari)**

13. Each paragraph of this Complaint is restated in full and incorporated herein.

14. The Plaintiff had a Fourth Amendment right to be secure in his person and effects.

15. Defendant Canciari, acting unreasonably and without lawful justification, slammed the Plaintiff to the ground, causing him injuries.

**Count II: Malicious Prosecution - State Law Claim**
**(Plaintiff v. City of Berwyn, Canciari)**

16. Each paragraph of this Complaint is restated in full and incorporated herein.

17. As detailed above, the Defendant Canciari, acting in the course and cope of his employment as a Berwyn police officer, caused the Plaintiff to be charged and prosecuted with battery to a police officer, despite the fact that Canciari knew that the Plaintiff had committed no such crime.

3

18. Defendant Canciari acted maliciously, willfully, and wantonly when he falsely accused the Plaintiff of a crime, causing the Plaintiff to be charged and prosecuted for that crime, resulting in damages.

## COUNT III: Indemnification - State Law Claim
### (Plaintiff v. City of Berwyn)

19. In Illinois, public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

20. The City of Berwyn is the indemnifying entity for the actions of Officer Canciari, who, at all times relevant to this Complaint, acted under color of law and in the course and scope of his employment with the Village.

WHEREFORE, the Plaintiff demands compensatory against both Defendants, and punitive damages against Defendant Canciari, plus costs and attorneys' fees on his civil rights claims, and such other and additional relief as this court deems equitable and just.

## PLAINTIFF DEMANDS A TRIAL BY JURY

Respectfully Submitted,

/s/ Richard Dvorak
Richard Dvorak
One of the attorneys for the Plaintiff

Richard Dvorak
Adrian Bleifuss Prados
Dvorak Law Offices, LLC
6262 Kingery Highway
Willowbrook, IL 60527
richard.dvorak@civilrightsdefenders.com
(312) 593-7146

4