**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIEL NIETO,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **CITY OF BERWYN,** <br> **a municipal corporation.** <br> **OFFICER GIUSEPPE CANCIARI,** <br> **a Berwyn Police Officer,** <br><br> **Defendants.** | ) | **21-cv-06721** <br><br> **Hon. Judge Mary M. Rowland** <br><br> **Hon. Judge Susan E. Cox** |

**STIPULATION OF DISMISSAL**

The Parties, Plaintiff DANIEL NIETO, by and through his attorneys of DVORAK LAW OFFICES, LLC, and Defendants CITY OF BERWYN and OFFICER GIUSEPPE CANCIARI, by and through their attorneys of the DEL GALDO LAW GROUP, LLC, pursuant to FRCP 41 a (1)(ii) hereby stipulate that this matter may be dismissed with prejudice pursuant to settlement and with each side bearing its own fees and costs.

Date: July 12, 2023

Respectfully submitted,

*For the Defendants*

/s/Sean M. Sullivan
Sean M. Sullivan, Senior Partner
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402
(708) 222-7000 ext. 256

*For the Plaintiff:*

/s/Adrian Bleifuss Prados
Adrian Bleifuss Prados
DVORAK LAW OFFICES, LLC
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
773-641-4667
ableifuss@gmail.com